# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS MUNOZ,** | **CASE NO. 1:21-cv-01026-AWI-HBK** |
| **Plaintiff,** | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| **PETERSON RECOVERY GROUP; WESTERN RECOVERY,** | (Doc. No. 6) |
| **Defendants.** | |

Plaintiff Carlos Munoz proceeds pro se and in forma pauperis in this action against Peterson Recovery Group and Western Recovery. Doc. No. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On November 29, 2021, the assigned magistrate judge issued a findings and recommendations that recommended for the dismissal of the case without prejudice because of a lack of jurisdiction, failure to state a claim, and failure to prosecute. Doc. No. 6. The findings and recommendations that were served on Plaintiff contained notice that any objections thereto were to be filed within fourteen days. Id. at 1, 6. Plaintiff has not filed an objection and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 6) that were issued on November 29, 2021, are ADOPTED in full and this case is DISMISSED; and

2. The Clerk of Court shall TERMINATE any pending motions, ENTER judgment against Plaintiff, and CLOSE this case.

IT IS SO ORDERED.

Dated: December 30, 2021

_____
SENIOR DISTRICT JUDGE